JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GLEDY A. DAVILA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security, | Case No. 2:24-cv-02160-DOC-DTB<br><br>[~~PROPOSED~~]<br>**JUDGMENT FOR VOLUTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**<br><br>**NOTE CHANGES MADE BY THE COURT** |

　　The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

　　**IT IS SO ORDERED.**

Dated: October 24, 2024

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　THE HONORABLE DAVID T. BRISTOW
　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

-1-